# EXHIBIT A

From: **Priyanka Gupta** <pgupta@papa.com>
Date: Wed, Mar 23, 2022 at 12:45 PM
Subject: Privileged and Confidential : follow up
To: Leslie Courtney <lcourtney@papa.com>

Hi Leslie,

I wanted to let you know that the investigation of your retaliation complaint has been completed. The investigator did not find evidence of retaliation given that you received an annual bonus that almost doubled your compensation for this year and, based on that, Chuck could not justify a salary increase above 2%, particularly because there were specific performance issues raised.

However, we want to make clear that we do not condone unprofessional behavior. First, after you complained to Andrew about Chuck, Andrew gave Chuck feedback about his behavior. If Chuck's behavior has not changed, you should let us know immediately. Second, it was inappropriate for Chuck to tell you to bring concerns to him first, and we will provide Chuck with that coaching. You are encouraged to raise concerns with anyone in management or in the People organization with whom you feel comfortable.

Everyone who participated in the investigation has been informed that Papa has a no retaliation policy and they will be subject to disciplinary action if they engage in retaliation.

Please contact me immediately if you believe that anyone is retaliating against you for making this complaint or participating in this investigation.

Best regards,
Priyanka



**Priyanka Gupta**
Head of People and Culture

pgupta@papa.com |

Papa, Inc. | https://papa.com
Family On-Demand
66 SW 6th St
Miami, FL 33130



This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Papa and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at (800) 348-7951 and permanently delete this email and any attachments.

**Announcement** - Papa is switching its primary domain name from "joinpapa.com" to "papa.com" over the next few months.
We will continue using the "joinpapa.com" domain into the foreseeable future as Papa implements its domain name change over to "papa.com".