## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE COURTNEY, <br><br> Plaintiff, <br><br> v. <br><br> PAPA, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-12843-PBS |

### ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND

Defendant Papa, Inc. ("Defendant") and Plaintiff Leslie Courtney ("Plaintiff") (collectively, the "Parties"), request the Court grant Defendant an additional time to respond to the Complaint, up to and including January 2, 2025. In support of this Motion, Defendant states as follows:

1. On November 14, 2024, Plaintiff commenced a civil action against Defendant in the United States District Court, District of Massachusetts.

2. Defendant was served with the Complaint on November 18, 2024.

3. Defendant represents that it has been working diligently to gather information to respond to Plaintiff's Complaint and requires additional time to respond.

4. Counsel for Plaintiff has agreed to extend the deadline to January 2, 2025.

WHEREFORE, Defendant requests that it be granted until January 2, 2025, to file a response to Plaintiff's Complaint.

| ASSENTED TO BY: | DEFENDANT, |
|---|---|
| PLAINTIFF, | PAPA, INC. |
| LESLIE COURTNEY, | By its attorneys, |
| By her attorney, | |
| */s/ Timothy Cavazza* (w/ permission LKT) <br> Timothy C. Cavazza (BBO #670227) <br> Jessica A. Scalfani (BBO #707997) <br> WHELAN, CORRENTE & FLANDERS LLP <br> 100 Westminster Street, Suite 710 <br> Providence, RI 02903 <br> Telephone: (401)-270-4500 <br> tcavazza@whelancorrente.com <br> jscalfani@whelancorrente.com | /s/ *Stephen Paterniti* <br> Stephen T. Paterniti (BBO# 564860) <br> Laura K. Terrasi (BBO# 698839) <br> JACKSON LEWIS P.C. <br> 75 Park Plaza, 4th Floor <br> Boston, Massachusetts 02116 <br> Telephone: (617) 367-0025 <br> Stephen.paterniti@jacksonlewis.com <br> Laura.terrasi@jacksonlewis.com |

Dated: December 12, 2024

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Stephen Paterniti, hereby certify that I have conferred with Plaintiff's counsel of record on this motion and that Plaintiff's counsel assented to the motion.

/s/ *Stephen Paterniti*
Jackson Lewis, P.C.

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 12, 2024.

/s/ *Stephen Paterniti*
Jackson Lewis P.C.