UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LESLIE COURTNEY,

        Plaintiff,

v.

PAPA, INC.,

        Defendant.

Civil Action No. 1:24-cv-12843-PBS

## DEFENDANT PAPA, INC'S PARTIAL MOTION TO DISMISS AND COMPEL ARBITRATION

     Defendant, Papa, Inc., hereby moves pursuant to the Federal Arbitration Act, 9 U.S.C. § 2, et seq., and Florida law to compel arbitration and dismiss Counts II, III, V, and VI from the present Complaint, or in the alternative, to stay the pending litigation brought by Plaintiff Leslie Courtney ("Plaintiff"), as arbitration proceeds. Upon hire, Plaintiff executed a Mutual Agreement to Arbitrate, which provides that arbitration would be the sole means for resolving covered claims, including the alleged discrimination and retaliation claims Plaintiff asserts in her Complaint. Accordingly, Defendants are entitled to compel arbitration and the Court should enforce the Arbitration Agreement and stay the pending litigation.

Respectfully Submitted,

PAPA, INC.

By its Attorneys

/s/ *Stephen T. Paternit*
Stephen T. Paterniti BBO # 564860
Laura K. Terrasi BBO# 698839
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
T: 617-367-0025; F: 617-367-2155
Stephen.Paterniti@jacksonlewis.com
Laura.terrasi@jacksonlewis.com

## RULE 7.1 CERTIFICATION

The undersigned does hereby certify that Defendant conferred with Plaintiff, a pro se litigant, in accordance with rule 7.1, via telephone on January 2, 2025, and that no agreement could be reached to resolve or narrow the issues.

/s/ *Laura K. Terrasi*
JACKSON LEWIS P.C.

Dated: January 2, 2025

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Stephen T. Paterniti*
Jackson Lewis P.C