# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LESLIE COURTNEY

    Plaintiff,

v.

PAPA, INC.

    Defendant.

C.A. No. 1:24-cv-12843-PBS

## PARTIES' JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 and this Court's Order of March 7, 2025, the parties hereby submit the following joint statement and proposed discovery/pretrial schedule, agreed upon by counsel for the parties during their meet and confer conference held pursuant to Local Rule 16.1(b).

### I. INTRODUCTION

The Court held a Scheduling Conference in this case on March 7, 2025, via video conference. This Joint Statement reflects the Parties' positions on the issues identified during the aforesaid Scheduling Conference and in Local Rule 16.1.

### II. PROPOSED DISCOVERY PLAN/PRETRIAL SCHEDULE

The Parties jointly submit the following proposed schedule, which incorporates the topics contemplated by Fed. R. Civ. P. 16(b), 16(c), 26(f), and Local Rule 16.1.

1. **Settlement Proposals.** Pursuant to Local Rule 16.1(c), and because the Court already held a scheduling conference, Plaintiff will present a written settlement proposal to Defendant no later than 14 days before initial disclosures are due, or by March 24,

2025. Defendant will submit a written response to Plaintiff no later than 7 days before initial disclosures are due, or by March 31, 2025.

2. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by April 7, 2025.

3. **Amendments to Pleadings.** Except for good cause shown, no motions seeking to add new parties or to amend the pleadings to assert new claims or defenses may be filed after September 8, 2025.

4. **Fact Discovery.** All discovery, other than expert discovery, must be completed by March 7, 2026.

5. **Expert Disclosures and Depositions.**

    a. Plaintiff's trial experts, if any, must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by September 30, 2026.

    b. Defendant's trial experts, if any, must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by October 30, 2026.

    c. Expert depositions must be completed by November 30, 2026, with depositions of plaintiff's experts to proceed prior to the depositions of defendant's experts.

6. **Dispositive Motions.**

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by April 6, 2026.

b. Oppositions to dispositive motions must be filed within 21 days from the date of service of dispositive motions, and no later than April 27, 2026.

c. Replies to Oppositions to dispositive motions must be filed within 7 days from the date of service of the Oppositions, and no later than May 4, 2026.

7. **Initial Pretrial Conference.** A pretrial conference shall be held at a time set by the Court following resolution of any dispositive motions.

8. **Alternative Dispute Resolution.** The Court shall refer this matter to alternative dispute resolution for September 2025.

9. **Trial by Magistrate.** The Parties do not consent to trial by Magistrate Judge at this time.

III. **CERTIFICATIONS OF COUNSEL**

Pursuant to Local Rule 16.1(d)(3), counsel for each party has conferred with their clients (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. Certifications pursuant to Local Rule 16.1(d)(3) will be filed by the parties under separate cover by April 7, 2025.

[Space Intentionally Left Blank; Signature Page to Follow]

WHEREFORE, the Parties jointly request that this Honorable Court enter the above, proposed Scheduling Order.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| LESLIE COURTNEY, | PAPA, INC. |
| By her attorney, | By its attorneys, |
| */s/ Timothy C. Cavazza* | /s/*Stephen T. Paterniti* |
| Timothy C. Cavazza (BBO #670227) | Stephen T. Paterniti (BBO# 564860) |
| Jessica A. Sclafani (BBO #707997) | Laura K. Terrasi (BBO# 698839) |
| WHELAN, CORRENTE & FLANDERS LLP | JACKSON LEWIS P.C. |
| 100 Westminster Street, Suite 710 | 75 Park Plaza, 4th Floor |
| Providence, RI 02903 | Boston, Massachusetts 02116 |
| Telephone: (401)-270-4500 | Telephone: (617) 367-0025 |
| tcavazza@whelancorrente.com | Stephen.paterniti@jacksonlewis.com |
| jsclafani@whelancorrente.com | Laura.terrasi@jacksonlewis.com |

Dated:  March 21, 2025

## CERTIFICATE OF SERVICE

I, Timothy C. Cavazza, hereby certify that the foregoing document was served upon all parties of record via ECF, through counsel, on this 21st day of March 2025.

/s/ Timothy C. Cavazza

00115259.DOCX