# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE COURTNEY<br><br>  Plaintiff,<br><br>v.<br><br>PAPA, INC.<br><br>  Defendant. | C.A. No.  1:24-cv-12843-PBS |

### PLAINTIFF, LESLIE COURTNEY'S MOTION TO COMPEL ANSWERS TO FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Plaintiff Leslie Courtney ("Plaintiff" or "Ms. Courtney") hereby moves for an order compelling Defendant, Papa, Inc. to respond to Plaintiff's First Set of Interrogatories ("Interrogatories") served on Defendant on April 25, 2025.

To date, Defendant has not responded to the Interrogatories, thus prompting the preparation and submission of this Motion. The Memorandum of Law in support of this Motion is filed contemporaneously herewith.

**Local Rule 37.1 Certification:** Plaintiff and the undersigned certify their attempt to comply with the conferral requirement in Local Rule 37.1, but Defendant's counsel failed to reply to Plaintiff's counsel's written correspondence.

[*Signatures appear on the next page.*]

Respectfully submitted,

LESLIE COURTNEY

By her attorneys,

/s/ Timothy C. Cavazza
/s/ Jessica A. Sclafani
Timothy C. Cavazza, Esq. (BBO #670227)
Jessica A. Sclafani, Esq. (BBO #707997)
WHELAN, CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI 02903
Phone:  (401) 270-4500
Fax:  (401) 270-3760
tcavazza@whelancorrente.com
jsclafani@whelancorrente.com

Dated:  June 12, 2025

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2025.

/s/Timothy C. Cavazza

00119024.DOCX