# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE COURTNEY,<br><br>   Plaintiff,<br><br>v.<br><br>PAPA, INC.,<br><br>   Defendant. | Civil Action No. 1:24-cv-12843-PBS |

## DEFENDANT PAPA, INC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Papa, Inc. states as follows:

Papa. Inc. is a non-governmental entity, it does not have a parent company, and no publicly traded company owns 10% or more of its stock.

                Respectfully submitted,

                PAPA, INC.

                By its attorneys,

                */s/ Laura K. Terrasi*
                Stephen T. Paterniti BBO # 564860
                Laura K. Terrasi BBO# 698839
                JACKSON LEWIS P.C.
                75 Park Plaza, 4th Floor
                Boston, MA 02116
                T: 617-367-0025; F: 617-367-2155
                Stephen.Paterniti@jacksonlewis.com
                Laura.terrasi@jacksonlewis.com

Dated: July 14, 2025

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ *Laura K. Terrasi*
      Jackson Lewis P.C.