# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE COURTNEY,<br>   Plaintiff,<br>v.<br>PAPA, INC.,<br>   Defendant. | Civil Action No. 1:24-cv-12843-PBS |

## JOINT MOTION TO CONTINUE OCTOBER 14, 2025 MEDIATION

Defendant Papa, Inc. ("Defendant") and Plaintiff Leslie Courtney ("Plaintiff"), collectively ("the Parties") through counsel, hereby move this Court to continue the mediation conference currently scheduled for October 14, 2025, at 10:00 am for January 13, 2025. In support, the Parties state as follows:

1. On August 7, 2025, and pursuant to this Court's Order of Referral to Mediation, the Court rescheduled mediation to October 16, 2025 pursuant to the Parties' Motion to Continue due to Counsel for Defendant being out of the country at the time of the scheduled mediation.

2. The current mediation date does not work with the Parties' schedule.

3. In addition, the Parties require additional time to conduct discovery prior to attending mediation.

4. Counsel for Plaintiff agrees with moving rescheduling the mediation.

FOR THESE REASONS, the Parties request that the Court reschedule the mediation for January 13, 2025.

Respectfully submitted,

| | |
|---|---|
| LESLIE COURTNEY, | PAPA, INC. |
| By her Attorneys, | By its attorneys, |
| */s/ Timothy C. Cavazza (*w/ permission LKT) | */s/ Laura K. Terrasi* |
| Timothy C. Cavazza, Esq. (BBO# 670227) | Stephen T. Paterniti BBO # 564860 |
| Jessica A. Sclafani, Esq. (BBO# 707997) | Laura K. Terrasi BBO# 698839 |
| WHELAN, CORRENTE, & FLANDERS LLP | JACKSON LEWIS P.C. |
| 100 Westminster Street, Suite 710 | 75 Park Plaza, 4th Floor |
| Providence, RI 02903 | Boston, MA 02116 |
| Phone: (401) 270-4500 | T: 617-367-0025; F: 617-367-2155 |
| Fax: (401) 270-3760 | Stephen.Paterniti@jacksonlewis.com |
| tcavazza@whelancorrente.com | Laura.terrasi@jacksonlewis.com |
| jsclafani@whelancorrente.com | |

Dated: October 1, 2025

## **CERTIFICATE OF SERVICE**

      I certify that on October 1, 2025, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

      */s/ Laura K. Terrasi*
      Jackson Lewis P.C.