**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LESLIE COURTNEY,<br>                    Plaintiff,<br>v.<br>PAPA, INC.,<br>                    Defendant. | Civil Action No. 1:24-cv-12843-PBS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be and hereby is dismissed, with prejudice, without costs or attorney's fees to any party, and waiving all rights to appeal.

Respectfully submitted,


| LESLIE COURTNEY, | PAPA, INC. |
|---|---|
| By her Attorneys, | By its attorneys, |
| /s/ *Timothy C. Cavazza* (w/ permission LKT)<br>Timothy C. Cavazza, Esq. (BBO# 670227)<br>Jessica A. Sclafani, Esq. (BBO# 707997)<br>WHELAN, CORRENTE, & FLANDERS LLP<br>100 Westminster Street, Suite 710<br>Providence, RI 02903<br>Phone: (401) 270-4500<br>Fax: (401) 270-3760<br>tcavazza@whelancorrente.com<br>jsclafani@whelancorrente.com | /s/ *Laura K. Terrasi*<br>Stephen T. Paterniti BBO # 564860<br>Laura K. Terrasi BBO# 698839<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>T: 617-367-0025; F: 617-367-2155<br>Stephen.Paterniti@jacksonlewis.com<br>Laura.terrasi@jacksonlewis.com |


Dated: July 10, 2026

## CERTIFICATE OF SERVICE

I certify that on July 10, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.


 */s/ Laura K. Terrasi*
Jackson Lewis P.C.